UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

GILBER ALEXANDER ANDURAY-SANCHEZ    CIVIL ACTION NO. 26-0213

                                                                            SECTION P

VS.

                                                                            JUDGE ROBERT R. SUMMERHAYS

SCOT LADWIG, ET AL.                                      MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Gilber Alexander Anduray-Sanchez's petition is **DENIED AND DISMISSED WITH PREJUDICE**.

LAFAYETTE, LOUISIANA, this _____ day of May, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE